UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------X

K-BEECH, INC.,

                    Plaintiff,

      vs.

PAUL FRANCESCHINI,

                    Defendant.

-----------------------------------------------------------X

Civil Action No. 2:11-cv-06434-BMS

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Defendant from this action with prejudice.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

                    Respectfully submitted,

                    FIORE & BARBER, LLC

By:    *s/ Christopher P. Fiore*
         Christopher P. Fiore, Esquire
         Aman M. Barber, III, Esquire
         Attorneys for Plaintiff
         425 Main Street, Suite 200
         Harleysville, PA 19438
         Tel: (215) 256-0205
         Fax: (215) 256-9205
         Email: cfiore@fiorebarber.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 10th, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: *s/ Christopher P. Fiore*
Christopher P. Fiore, Esquire